UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20957-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SHELDON RICARDO PALMER**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Jonathan Goodman's Sealed Report and Recommendations on Counsel's CJA Voucher Request for Expert and Other Services [ECF No. 106]. The Court sees no likelihood of any party filing objections to the Report. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 106]** is **AFFIRMED**, and the voucher is approved. This Order shall not be filed under seal.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of May, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record